THOMAS WELCH, Individually and as Administrator, etc., Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant, Impleaded with Another.

Appeal from a judgment of the Supreme Court, entered in the Erie county clerk's office March 12, 1918, and also from an order entered March 13, 1918.

PER CURIAM: We are of the opinion that no cause of action is alleged or proved against the appellant, but as the plaintiff's counsel disclaimed any personal judgment against appellant and the affirmative answer and counterclaim are likewise not available to appellant in this action the reversal of the judgment and dismissal of the complaint should be without costs to either party. This disposition makes it unnecessary to consider the appeal from the order. All concurred. Appeal from order dismissed, without costs. Judgment reversed, without costs, and complaint dismissed, as to the appellant, without costs.

---

In the Matter of the Estate of JOSEPH YACHETTA, Deceased.

CHRISTINE YACHETTA, Appellant; SMITH, PERKINS & COMPANY, Respondent.

Appeal from an order of the Surrogate's Court of Genesee county, entered December 23, 1918.

PER CURIAM: The statute (Code Civ. Proc. § 2670, subd. 1) which provides for setting aside "provisions" for the widow, should receive a liberal construction. We think that under the circumstances of this case the "provisions," although not in the dwelling, but at the grocery store, should be set aside to the extent and value as prescribed by said subdivision. All concurred. Order reversed, with ten dollars costs and disbursements.

---

THE UBIKO MILLING COMPANY, Appellant, v. INDUSTRIAL DISTILLING COMPANY, Respondent.— Judgment affirmed, with costs. All concurred.

LENA DRUMMER, Appellant, v. INTERNATIONAL RAILWAY COMPANY and Another, Respondents.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence required the submission to the jury of the question of the negligence of the defendants and the question of the freedom of plaintiff from contributory negligence. All concurred.

GEORGE DRUMMER, Appellant, v. INTERNATIONAL RAILWAY COMPANY and Another, Respondents.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence required the submission to the jury of the question of the negligence of the defendants and the question of the freedom of Mrs. Drummer from contributory negligence. All concurred.

ALICE HEWITSON, as Administratrix, etc., Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concurred.